# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2487
_____

DEANNA WHITE and TODD
LILLARD,

     Appellants,

     v.

STEVEN WEYER (individually);
MICHAEL RADER (individually);
and ZACH PUTNAM
(individually),

     Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.

December 11, 2025

PER CURIAM.

     AFFIRMED.

RAY, NORDBY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Marie A. Mattox and Ashley Nicole Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellants.

Jennifer Alane Hawkins, Alyssa Marie Yarbrough, and Timothy Michael Warner of Warner Law Firm, P.A., Panama City, for Appellees.